| AO-10 | FINANCIAL DISCLOSURE REPORT | Report Required by the Ethics |

| 1. Person Reporting (Last name, First name, Middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Montalvo, Frank | W Dist. TX - El Paso Division | 5/5/2005 |

| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5. ReportType (check appropriate type) | 6. Reporting Period |
|---|---|---|
| District Judge - Active | ○ Nomination, Date  ○ Initial  ⦿ Annual  ○ Final | 1/1/2004 to 12/31/2004 |

7. Chambers or Office Address

511 E. San Antonio

Room 409

El Paso, Texas 79901

8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.

Reviewing Officer_____ Date_____

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☑ **NONE** - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |

FINANCIAL DISCLOSURE OFFICE — RECEIVED 2005 MAY 10 A 10: 34

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☐ **NONE** - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 2004 | Bexar County, Texas - retirement pension begins at age 60 |

 COPY

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Montalvo, Frank | 5/5/2005 |

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse: see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☑ NONE - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. Dollar amount not required except for honoraria.)

☑ NONE - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☐ NONE - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | Inter American University of Puerto Rico School of Law | Transportation and food for trip to speak at Law School Symposium |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ NONE - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
| --- | --- | --- |
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ NONE - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
| --- | --- | --- |
| 1. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Montalvo, Frank | 5/5/2005 |

## VII. INVESTMENTS and TRUSTS  -- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ NONE   (No reportable income, assets, or transactions) | | | | | | | | | |
| 1.  Vanguard IRA Funds Held: | | | | | | | | | |
| 2.  European Stock Index | A | Dividend | | T | | | | | |
| 3.  Health Care | A | Dividend | | T | Sell | 02/17 | K | C | |
| 4.  International Growth | A | Dividend | | T | Sell | 02/17 | J | | |
| 5.  Total Stock Mkt Index | A | Dividend | | T | Sell | 02/17 | L | B | |
| 6.  Capital Opportunity | A | Dividend | M | T | | | | | |
| 7.  Wellesley Income | A | Dividend | J | T | | | | | |
| 8.  Prime Money Market | A | Dividend | J | T | Trnsfr below | 01/09 | NA | NA | |
| 9.  Vanguard IRA stocks held: | | | | | | | | | |
| 10.  Agere Sys CIA | | N/A | | T | Sell/Trnsfr | 01/09 | | | |
| 11.  Agere Sys Inc CIB | | N/A | | T | Sell/Trnsfr | 01/09 | | | |
| 12.  Avaya Inc. Com | | N/A | J | T | | | | | |
| 13.  Ford Motor Co. Com | A | Dividend | J | T | | | | | |
| 14.  Lucent Technologies Com | | N/A | J | T | | | | | |
| 15.  Telecommunications Sys CIA | | N/A | J | T | | | | | |
| 16.  Visteon Corp. Com | A | Dividend | J | T | | | | | |
| 17.  Texas Saver 401k: | | | | | | | | | |
| 18.  Fidelity US Bond Index | A | Dividend | | T | Sell | 02/23 | J | A | |

1. Income/Gain Codes:      A = $1,000 or less      B = $1,001-$2,500      C = $2,501-$5,000      D = $5,001-$15,000      E = $15,001-$50,000
   (See Columns B1 and D4)      F = $50,001-$100,000      G = $100,001-$1,000,000      H1 = $1,000,001-$5,000,000      H2 = More than $5,000,000
2. Value Codes:      J = $15,000 or less      K = $15,001-$50,000      L = $50,001-$100,000      M = $100,001-$250,000
   (See Columns C1 and D3)      N = $250,000-$500,000      O = $500,001-$1,000,000      P1 = $1,000,001-$5,000,000      P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000      P4 = $More than $50,000,000
3. Value Method Codes      Q = Appraisal      R = Cost (Real Estate Only)      S = Assessment      T = Cash/Market
   (See Column C2)      U = Book Value      V = Other      W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Montalvo, Frank | 5/5/2005 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 19. ATT Wireless Svcs | | N/A | J | T | Sell | 02/23 | J | | |
| 20. Amerindo Tech Fund | | N/A | | | Sell | 02/23 | J | | |
| 21. Dreyfus Midcap Value Fund | | N/A | | | Sell | 02/23 | J | | |
| 22. Janus Specialty Equity | | N/A | | | Sell | 02/23 | J | A | |
| 23. Lucent Technologies | | N/A | | | Sell | 02/23 | J | | |
| 24. Northern Midcap Growth | | N/A | | | Sell | 02/23 | J | | |
| 25. Northern Technology | | N/A | | | Sell | 02/23 | J | | |
| 26. SBC Communcations | A | Dividend | | | Sell | 02/23 | J | | |
| 27. Schwab Total Stk. Index | A | Dividend | | | Sell | 02/23 | J | A | |
| 28. Telecomm. Sys Cl A | | N/A | | | Sell | 02/23 | J | | |
| 29. Schwab Govt. Money Fd. | A | Dividend | | | Sell | 02/23 | J | A | |
| 30. IRA accounts (spouse) | | | | | | | | | |
| 31. Fidelity Independence Fund IRA | A | Dividend | K | T | | | | | |
| 32. Texas Tomorrow Fund | B | Dividend | K | T | | | | | |
| 33. Bexar County 457 Plan: | | | | | | | | | |
| 34. Janus Aspen | A | Dividend | | | Sell | 03/05 | J | | |
| 35. Compt. Judiciary 457 plan: | | | | | | | | | |
| 36. Fidelity US Bond Index Fd | A | Dividend | | | Sell | 02/19 | J | A | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Montalvo, Frank | 5/5/2005 |

## VII. INVESTMENTS and TRUSTS  – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 37. Vanguard Inst. Index Fd | A | Dividend | | | Sell | 02/19 | J | A | |
| 38. Teachers Ret. System (spouse) | A | Interest | J | T | | | | | |
| 39. Gov't. Employees Cred. Union Accounts | A | Interest | K | T | | | | | |
| 40. Security Services Federal Credit Union | A | Interest | | | | | | | |
| 41. Child Education Savings Account Vanguard Life Strategy Fund | A | Dividend | J | T | | | | | |

| 1. Income/Gain Codes: | A  = $1,000 or less | B  = $1,001-$2,500 | C  = $2,501-$5,000 | D  = $5,001-$15,000 | E  = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F  = $50,001-$100,000 | G  = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J  = $15,000 or less | K  = $15,001-$50,000 | L  = $50,001-$100,000 | M  = $100,001-$250,000 | |
| (See Columns C1 and D3) | N  = $250,000-$500,000 | O  = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q  = Appraisal | R  = Cost (Real Estate Only) | S  = Assessment | T  = Cash/Market | |
| (See Column C2) | U  = Book Value | V  = Other | W  = Estimated | | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Montalvo, Frank | 5/5/2005 |

# VIII. ADDITIONAL INFORMATION OR EXPLANATIONS  (Indicate part of Report.)

Assets identified in Part VII, Lines 10 and 11 were sold and the proceeds transferred to 8.

Assets identified in Part VII, Lines 3, 4, 5, 18, 19, 20, 21, 22, 23, 24, 25, 26, 27, 28, 29, 34, 36 and 37 were sold and rolled into the Thrift Savings Plan (TSP).

Assets identified in Part VII, Lines 39 and 40, cash equivalent accounts, were inadvertently omitted on the Financial Disclosure Report for Calendar Year 2003.
Upon moving to El Paso from San Antonio in 2003, where the chambers are located, the item 39 accounts were opened. For a few months in late 2003 and early 2004 all accounts were active but upon completing the transition, item 40 was closed and the proceeds transferred to 39.

Assets identified in Part VII, Line 41 were not included on the Financial Disclosure Report for Calendar Year 2003 because the value was below $1,000.00.

<table>
<tr><td rowspan="2">**FINANCIAL DISCLOSURE REPORT**</td><td>Name of Person Reporting</td><td>Date of Report</td></tr>
<tr><td>Montalvo, Frank</td><td>5/5/2005</td></tr>
</table>

## X. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.



Signature_____     Date___*May 5, 2005*___

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544